Rev. 5/14

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA v. __Mark Anthony Lopez__   No. __12CR5236-GPC__

The Court finds excludable delay, under the section indicated by check (√),
commenced on __2/19/13__ and ended on __2/27/14__

3161(h)

___ (1)(A) Exam or hrg for **mental or physical incapacity**   A

___ (1)(B) State or Federal trials or **other charges pending**   C

___ (1)(C) **Interlocutory appeals**   D

_X_ (1)(D) **Pretrial motions** (from flg to hrg or other prompt dispo)   (E)

___ (1)(E) **Transfers from other district** (per FRCrP 20, 21 & 40)   F

___ (1)(H) **Proceedings under advisement** not to exceed thirty days   G

___ Misc proc: Parole or prob rev, deportation, **extradition**   H

___ (1)(F) **Transportation** from another district or to/from examination or
hospitalization in ten days or less   J

___ (1)(G) Consideration by Court of **proposed plea agreement**   K

___ (2) **Prosecution deferred** by mutual agreement   I

___ (3)(A)&(B) **Unavailability of defendant** or **essential witness**   M

___ (4) Period of **mental or physical incompetence** of defendant to stand trial   N

___ (5) **Superseding indictment and/or new charges**   P

___ (6) **Defendant awaiting trial of co-defendant**, no severance has been granted   R

___ (7)(A)&(B) **Continuances** granted per (h)(7)-use "T" alone if more than one of the
reasons below are given in support of continuance   T

___ (7)(B)(i) 1) Failure to grant a **continuance** in the proceeding would result in a
a **miscarriage of justice.**   T1

___ (7)(B)(ii) 2) **Case** unusual or **complex**   T2

___ (7)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days   T3

___ (7)(B)(iv) 4) **Continuance** granted in order to obtain or substitute counsel,
or give reasonable time to prepare **(Continuance re counsel)**   T4

___ 3161(8)(i) Time up to **withdrawal of guilty plea**   U

___ 18:3161(b) **Grand jury indictment time extended** thirty (30) more days   W

Date: __2/27/15__   Judge's Initials: __GPC__